# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## JUDGMENT RENDERED OCTOBER 17, 2025

---

### NO. 03-23-00637-CR

---

**The State of Texas, Appellant**

**v.**

**William Navarro, Appellee**

---

**APPEAL FROM THE 167TH DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE JUSTICES THEOFANIS, CRUMP, AND ELLIS**
**REVERSED AND REMANDED -- OPINION BY JUSTICE ELLIS**

---

This is an appeal from the order entered by the district court. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the district court's order. Therefore, the Court reverses the district court's order and remands the case for further proceedings consistent with this Court's opinion. Because appellee is indigent and unable to pay costs, no adjudication of costs is made.